MURIEL D. KELLER, Respondent, v. QUAD REALTY CORP. et al., Defendants, and ELIZABETH SEVERSKY, Intervenor-Defendant. NORC REALTY CORP.,

Appellant; EDWARD V. LOUGHLIN, as Referee, Respondent.— Order, dated January 14, 1960, granting plaintiff's application for an order determining that all past and due and accrued interest owing on an open first mortgage, subject to which the premises were sold, was the obligation of the purchaser and was not to be paid by the Referee or allowed by him as a credit to the purchaser's account, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ. [23 Misc 2d 757.]